IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES HOLLAND, et al. | : | |
| | : | |
| Plaintiffs, | : | **NOTICE OF REMOVAL FROM THE CIRCUIT COURT FOR BALTIMORE CITY, MD** |
| v. | : | **Case No.: 24-C-20-004177 OT** |
| DOLGENCORP, LLC, d/b/a Dollar General Corporation | : | |
| | : | **CIVIL ACTION NO.__________** |
| Defendant. | : | |

**PETITION FOR REMOVAL**

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Dolgencorp, LLC, d/b/a Dollar General Corporation, respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Baltimore City, Maryland, and as grounds therefor states as follows:

1. On or about October 19, 2020, Defendant, Dolgencorp, LLC, d/b/a Dollar General Corporation, was served with a Summons and Complaint in an action commenced by the Plaintiffs, James Holland and Cherrie Holland, in the Circuit Court for Baltimore City, Maryland as Docket No. 24-C-20-004177 OT. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendant, Dolgencorp, LLC, d/b/a Dollar General Corporation, and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioner filed a written Answer to Plaintiff's Complaint on or about November 4, 2020. Copies of Defendant's Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

4. In their Complaint, Plaintiffs, James Holland and Cherrie Holland, seek judgment against this Defendant in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus interest and costs.

5. At the time of commencement of this action, Plaintiff was and is now a resident of the Commonwealth of Virginia.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant Dolgencorp, LLC, d/b/a Dollar General Corporation's principal place of business is Tennessee, and is incorporated in and/or organized under the laws of the State of Kentucky.

7. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8. The Petitioner presents and files herewith a check in the amount of $400 for the filing fee, as required by law.

WHEREFORE, the Defendant, Dolgencorp, LLC, d/b/a Dollar General Corporation, respectfully requests to remove this action from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

By: *[signature]*
Jennifer A. King, #17248
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 - Fax
jking@decarodoran.com
**Counsel for Defendant**
**Dolgencorp, LLC,**
**d/b/a Dollar General Corporation**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **4th** day of **November, 2020,** a copy of the foregoing Petition for Removal was electronically filed and served upon:

Michael P. Smith, Esquire
Bekman, Marder, & Adkins, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
*Counsel for Plaintiff*

*[signature]*
Jennifer A. King, #17248

I:\Common\WP\L4\JAK\- LITIGATION\Holland v. Dolgencorp\Pleadings\Petition for Removal.wpd